UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 22, 2009**

Mr. W. Paul Blume
Attorney at Law
808 Martin Luther King Drive
Little Rock, AR 72202-3631

Mr. J. Fred Hart
Attorney at Law
2101 Kavanaugh, Suite 1
Little Rock, AR 72205

Re: *Jackson v. Bauxite School District, et al.*, 4:08-CV-03610-WRW

Dear Counsel:

According to Mr. Madison's letter of June 19, 2009, Defendant Bauxite School District owes Plaintiff some more discovery. If this is true, please provide the discovery forthwith.

Mr. Madison's letter states that Defendant Sammy Roberson has not complied with the discovery request at all. This must be done forthwith, i.e, by 5:00 p.m., this Thursday, June, 25, 2009.

To make sure everything is two-blocked, I am setting a telephone conference in this case for Friday, June 26, 2009, at 1:45 p.m.

Cordially,

/s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc:     Other Counsel of Record