IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PENNY JACKSON**                                                            **PLAINTIFF**

vs.                           **4:08CV03610-WRW**

**BAUXITE SCHOOL DISTRICT;**
**MICKEY BILLINGSLEY, In His**
Official Capacity as Superintendent of Schools; and
**SAMMY ROBERSON, In His Official**
Capacity as Maintenance Supervisor.                  **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion in Limine (Doc. No. 41). Defendants have responded,[1] and Plaintiff has replied.[2]

Taking everything into consideration I believe that the proposed witnesses from the Benton School District were disclosed too late and that it would unfairly prejudice Plaintiff to allow them to testify. Plaintiff's Motion in Limine is GRANTED.

IT IS SO ORDERED this 23rd day of February, 2010.

                                                 /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 45, 47.

[2] Doc. No. 48.