IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PENNY JACKSON                                                                              PLAINTIFF

vs                                   4:08CV03610-WRW

BAUXITE SCHOOL DISTRICT, et al                                                    DEFENDANTS

## AMENDED ORDER

Defendants oral Motion for Permission Under Amended General Order No. 54 to Bring Electronic Devices into the Courtroom is GRANTED.

Paul Blume is authorized to bring into the Courthouse and possess and retain electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the jury trial before Judge Wilson beginning Tuesday, March 2, 2010.

IT IS SO ORDERED this 4th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE