UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 8, 2010**

Mr. Richard Christopher Madison
Madison Law Firm
234 Oaklawn Circle
Little Rock, AR 72206

Mr. J. Brent Standridge
The Law Offices of J. Brent Standridge, P.A.
Post Office Box 494
Benton, AR 72018

Mr. W. Paul Blume
Attorney at Law
523 South Ringo Street
Little Rock, AR 72202-3631

Mr. J. Fred Hart
Attorney at Law
2101 Kavanaugh, Suite 1
Little Rock, AR 72205

Re: Briefing in *Jackson v. Bauxite*, 4:08CV03610-WRW.

Dear Counsel:

Before I can enter judgement on the verdict, I have to decide on the issue of front pay. Plaintiff should brief this issue before 5 p.m., next Monday, March 15, 2010. Defendant should respond by 5 p.m., the following Monday, March 22, 2010.

Cordially,

/s/ Wm. R. Wilson, Jr.

PS. Why don't we follow the above schedule in regards to attorney's fees and expenses, too.

Original to the Clerk of the Court
cc: Other Counsel of Record