**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 21, 2010**

Mr. Christopher Madison
Madison Law Firm
234 Oaklawn Circle
Little Rock, AR 72206

Mr. W. Paul Blume
Attorney at Law
523 South Ringo Street
Little Rock, AR 72202-3631

      Re: *Jackson v. Bauxite School district*, 4:08CV03610-WRW.

Dear Counsel:

I have reviewed both parties' papers on Plaintiff's Motion for Front Pay (Doc. No. 69), but I do not have enough information.

Both parties should give me additional briefing on reinstatement, front pay, and failure to mitigate. I suggest the parties read the following case (not necessarily for its precedential value, but because it points toward the kind of information that is needed):

*Baker v. John Morrell & Co.*, 263 F.Supp.2d 1161 (N.D. Iowa 2003).

Plaintiff should submit additional briefing by 4:00 p.m., Wednesday, May 12, 2010; Defendant should respond by 4:00 p.m., Wednesday, May 26, 2010 -- originals to the Clerk, copy to opposing counsel and me.

I am holding the Motions for Attorney Fees in consideration until the front pay issue is resolved.

                                        Cordially,

                                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record