```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION


PENNY JACKSON                                           PLAINTIFF

      vs.                     4:08CV03610-WRW

BAUXITE SCHOOL DISTRICT, A Body Corporate;
MICKEY BILLINGSLEY, in his official
capacity as Superintendent of Schools;
and SAMMY ROBERSON, in his official
capacity as Maintenance Supervisor                     DEFENDANTS
```

## JUDGMENT ON JURY VERDICT

This action came on for trial March 2, 2010, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding. Defendants Mickey Billingsley and Sammy Roberson having been previously dismissed in their individual capacity, the case proceeded against the Bauxite School District. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 5, 2010, in favor of Plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the Jury found for Plaintiff, Penny Jackson, on <u>Verdict#1: Sexual Harassment</u> but did not award damages; further, the Jury found for Plaintiff, Penny Jackson, on <u>Verdict#2: Retaliation</u> and awarded her the sum of Fifteen Thousand and No/100 Dollars ($15,000.00) for lost wages and benefits and the sum of Thirty-Five Thousand and No/100 Dollars ($35,000.00) for Plaintiff's other damages for a total amount of Fifty Thousand and No/100 Dollars ($50,000.00).

Based on the Order entered this day IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED that: Plaintiff is awarded pre-judgment

interest on the back pay award of Fifteen Thousand and No/100 Dollars ($15,000.00) at the rate of 3.5% per annum from June 26, 2007, until the date of judgment herein, in the sum of One Thousand Six Hundred Eighty-eight and 08/100 ($1,688.08); Plaintiff is awarded front pay in the amount of Twenty-Two Thousand Three Hundred Thirteen and 48/100 Dollars ($22,313.48); and the entire award of Seventy-Four Thousand One and 56/100 Dollars ($74,001.56) is subject to interest from the date of judgment herein, until paid in full, at the rate of 0.30% per annum as provided by law.[1]

   IT IS SO ORDERED this 4th day of August, 2010.


                              /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1961