# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PENNY JACKSON**                                                      **PLAINTIFF**

vs.                              **4:08CV03610-WRW**

**BAUXITE SCHOOL DISTRICT**                                   **DEFENDANTS**

## ORDER

After having carefully considered Defendant's Motion for Judgment as a Matter of Law (Doc. No. 100) and brief in support of this motion, and being fully advised in the premises, the Motion is DENIED.

Accordingly, Plaintiff's Motion for an Extension of Time to Respond (Doc. No. 106) is MOOT.

IT IS SO ORDERED this 30th day of August, 2010.

                                                                    /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE