# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PENNY JACKSON**                                                               **PLAINTIFF**

vs.                      **4:08CV03610 WRW**

**BAUXITE SCHOOL DISTRICT, A Body Corporate;**       **DEFENDANT**
**MICKEY BILLINGSLEY In His Individual and Official**
**Capacity as Superintendent of Schools; and**
**SAMMY ROBERSON, In His Individual and Official**
**Capacity as Maintenance Supervisor**

**FIRST SECURITY BANK**                               **GARNISHEE**
**314 N Spring Street**
**Searcy, AR 72145**

## ORDER ON ANSWER OF GARNISHEE

Upon the Garnishee's Answer, it is now holding property or money belonging to the Defendant which is subject to the garnishment filed in this matter.

IT IS SO ORDERED that the Garnishee remit the property or money to Holleman & Associates, P.A.

IT IS SO ORDERED that Holleman & Associates will distribute the money from its client trust account as follows:

| | |
|---|---|
| Plaintiff, Penny Jackson and her attorney, Madison Law Firm | $ 74,001.56 |
| Madison Law Firm | $ 36,420.50 |
| Standridge Law Firm | $ 13,262.85 |
| Holleman & Associates, P.A. | $ 29,654.45 |
| TOTAL | $153,339.36 |

Upon completion of the same, the Garnishee shall be discharged and dismissed without further liability herein.

IT IS SO ORDERED this 2nd day of November, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM:

_____
John T. Holleman
HOLLEMAN & ASSOCIATES, P.A.
200 W. Capitol Avenue, Suite 1620
Little Rock, AR 72201
(501) 975-5040